UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CASSANDRA GUADALUPE RIOS,<br><br>　　　　　Defendant. | Case No.:SACR17-75-AG<br><br>ORDER OF DETENTION PENDING FURTHER REVOCATION PROCEEDINGS<br>(FED. R. CRIM. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1)) |

　　　The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the CENTRAL District of CALIFORNIA for alleged violation(s) of the terms and conditions of probation or supervised release; and

　　　Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

A.　(X)　　The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

　　(X)　information in the Pretrial Services Report and Recommendation

　　(X)　information in the violation petition and report(s)

　　(X)　the defendant's nonobjection to detention at this time

　　( )　other:

1

1         and/ or

2 B. ( ) The defendant has not met his/her burden of establishing by clear and
3     convincing evidence that he/she is not likely to pose a danger to the safety of any
4     other person or the community if released under 18 U.S.C. § 3142(b) or (c).
5     This finding is based on the following:
6         ( ) information in the Pretrial Services Report and Recommendation
7         ( ) information in the violation petition and report(s)
8         ( ) the defendant's nonobjection to detention at this time
9         ( ) other:

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: January 22, 2020                 _____
                                            KENLY KIYA KATO
                                            United States Magistrate Judge